[No. 27485-0-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES McCABE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01622-1, Roger A. Bennett, J., entered June 8, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 27634-8-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES RAY BILYEU, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00352-6, Diane M. Woolard, J., entered July 3, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 27684-4-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WILLIAM LEE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00748-3, John F. Nichols, J., entered July 24, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 27706-9-II.   Division Two.   June 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. D.W., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-8-01281-6, Frederick B. Hayes, J., entered August 3, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.